UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 05-cv-48-HRW

**DANIEL HAMPTON**,                                                                        **PLAINTIFF,**

v.                    **MEMORANDUM OPINION AND ORDER**

**JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,**                                **DEFENDANT.**

The plaintiff has brought this action pursuant to 42 U.S.C. §405(g) to challenge a final decision of the Defendant denying Plaintiff's application for a period of disability, disability insurance benefits and supplemental security income benefits. The Defendant has filed a Motion to Enter Judgment and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 11].  The Court is advised that Plaintiff does not object to Defendant's motion.

Accordingly, this action is remanded for further consideration by the Commissioner. Specifically, on remand the ALJ will incorporate the mental limitations, if any, which adversely impact the Plaintiff's residual functional capacity into the hypothetical question that is presented to the vocational expert at the hearing.  The ALJ shall provide Plaintiff with the opportunity for a supplemental hearing, shall further develop the record and then shall issue a new decision.

**IT IS HEREBY ORDERED** that the Defendant's Motion for Remand pursuant sentence four of 42 U.S.C. § 405(g) [Docket No. 11] is **SUSTAINED**.  A judgment reflecting the above order will be entered contemporaneously herewith.



Signed By:

Henry R Wilhoit Jr.

United States District Judge

This May 19, 2005.